UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
June 21, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> CHRISTOPHER M. CHIAVOLA, ) <br> ) <br> Defendant. ) | Case No. 2:08CR00376-04 <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __CHRISTOPHER M. CHIAVOLA__ , Case No. __2:08CR00376-04__ , Charge __18USC § 1341, 1014__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __  Release on Personal Recognizance

    __  Bail Posted in the Sum of $_____

        __  Unsecured Appearance Bond

        __  Appearance Bond with 10% Deposit

        __  Appearance Bond with Surety

        __  Corporate Surety Bail Bond

    ✔ (Other)    __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __June 21, 2010__ at __2:00 pm__ .

                                                                           By  /s/ Gregory G. Hollows
                                                                              Gregory G. Hollows
                                                                              United States Magistrate Judge

Copy 5 - Court