```
 1  BLACKMON & ASSOCIATES
    CLYDE M. BLACKMON (SBN 36280)
 2  JONATHAN C. TURNER (SBN 191540)
    EMILY E. DORINGER (SBN 208727)
 3  Hall of Justice
    813 Sixth Street, Suite 450
 4  Sacramento, CA  95814
    Telephone: (916) 441-0824
 5
    Attorneys for Defendant,
 6  CHRISTOPHER M. CHIAVOLA
```



FILED
JUL 15 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:08-CR-00376 EJG |
|---|---|
| Plaintiff, | |
| vs. | WAIVER OF PERSONAL APPEARANCE |
| CHRISTOPHER M. CHIAVOLA, | |
| Defendant. | |

*As modified by Order*   *EJG*

Defendant hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including when the case is set for trial, when a continuance is ordered, when time is excluded under the Speedy Trial Act, when a detention hearing is held, and when any other action is taken by the Court before or after trial, except upon arraignment, *TCH,* plea, empanelment of jury, *Jury Trial,* and imposition of sentence. Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all time by the presence of his attorney, the same as if

- 1 -
WAIVER OF PERSONAL APPEARANCE

1  defendant were personally present; and further agrees to be
2  present in person in court ready for trial on any day which the
3  Court may fix in his absence.

5  DATED: July 9, 2010            //s//
                                  CHRISTOPHER M. CHIAVOLA

8  APPROVED:

10 //s//
   CLYDE M. BLACKMON
11 Attorney for Defendant
   CHRISTOPHER M. CHIAVOLA

13 IT IS SO ORDERED.

16 DATED:   7/12/10              [signature]
                                  UNITED STATES DISTRICT COURT JUDGE

- 2 -
WAIVER OF PERSONAL APPEARANCE