# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM &Order

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

                                         RE:     Christopher M. CHIAVOLA
                                                      Docket Number: 2:08CR00376-04 EJG
                                                      **REQUEST TO CHANGE JUDGMENT AND**
                                                      **SENTENCE TO STATUS CONFERENCE**

Your Honor:

Mr. Chiavola is scheduled for Judgment and Sentencing on May 13, 2011. However, he is expected to testify at the trials of codefendants, and the trial dates have not been set. It is expected Mr. Chiavola's testimony will have some impact on his sentence, and the government will not be able to fully determine its recommendation until after the trials are completed.

Per agreement with the government and defense counsel, it is respectfully requested that the Judgment and Sentencing currently set for May 13, 2011, at 10:00 a.m. be changed to a Status Conference.

It is anticipated that at that time, the parties will be in a better position to request a new Judgment and Sentencing date and disclosure schedule for the presentence report.

                                                  Respectfully submitted,

                                                  HUGO ORTIZ
                                                  United States Probation Officer

**REVIEWED BY:** _____
                         **JEFFREY C. OESTREICHER**
                         **Supervising United States Probation Officer**

Dated: March 3, 2010
        Sacramento, California

FILED
MAR 7 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

1

RE: Christopher M. Chiavola
Docket Number: 2:08CR00376-04
<u>REQUEST TO CHANGE JUDGMENT AND
SENTENCE TO STATUS CONFERENCE</u>

cc: Clerk, United States District Court
Russell L. Carlberg, Assistant United States Attorney
Clyde M. Blackmon, Attorney at Law
Probation Office Calendar Clerk

✓ **Approved**          _____   3/7/11
                        **EDWARD J. GARCIA**
                        **Senior United States District Judge**          **Date**

___ **Disapproved**