| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | RUSSELL L. CARLBERG |
| | Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, California 95814 |
| 4 | Telephone: (916) 554-2700 |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. S-08-0376 EJG |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO |
| v. | ) | CHANGE JUDGMENT AND SENTENCE |
| | ) | TO STATUS CONFERENCE |
| CHRISTOPHER M. CHIAVOLA, | ) | |
| Defendant. | ) | |

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

Mr. Chiavola is scheduled for status conference on sentencing on October 28, 2011. However, he very likely will be called as a witness at the trial of several co-conspirators in this case in March, 2012. As such, the government will not be able to fully determine its sentencing recommendation until after the trial, which is set to begin March 19, 2012.

Per agreement with the government and defense counsel, it is respectfully requested that the status conference regarding sentencing, currently set for October 28, 2011, at 10:00 a.m., be vacated and that the case be re-set for status on sentencing for March 30, 2012, when the trial of the remaining two defendants should be concluded. Should those remaining defendants plead guilty or the trial be otherwise vacated, the parties would intend to come before the district court earlier than March 30, 2012.

1

It is anticipated that on March 30, 2012, the parties will be able request a new Judgment and Sentencing date and disclosure schedule for the pre-sentence report.

BENJAMIN B. WAGNER
United States Attorney

Date: 10/27/11                  */s/ Russell L. Carlberg*
By: RUSSELL L. CARLBERG
Assistant United States Attorney


Date: 10/27/11                  */s/ Clyde Blackmon\**
CLYDE BLACKMON
Attorney for Defendant Christopher M. Chiavola

## [PROPOSED] ORDER

For the reasons stated above, the Court **vacates** the status conference regarding sentencing currently set for October 28, 2011. The Court **re-sets** the matter for a status conference on sentencing for March 30, 2012, at 10 a.m..

IT IS SO ORDERED on October 27, 2011.

/s/ Edward J. Garcia
EDWARD J. GARCIA
UNITED STATES DISTRICT JUDGE

*Signed with permission.