1  Clyde M. Blackmon (SBN 36280)
   Rothschild Wishek & Sands LLP
2  901 F Street, Suite 200
   Sacramento, CA 95814
3  Telephone: (916) 444-9845

4  Attorneys for Defendant,
   CHRISTOPHER M. CHIAVOLA

5

6              IN THE UNITED STATES DISTRICT COURT FOR THE

7                    EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,        Case No.: S – 08 – 0376 EJG

10       Plaintiff,                 STIPULATION AND ORDER
                                    CONCERNING STATUS CONFERENCE
11     vs.

12 CHRISTOPHER M. CHIAVOLA

13       Defendant.

14

15     The United States of America, through its counsel Assistant
16 U. S. Attorney Russell L. Carlberg, and Christopher M. Chiavola,
17 through his counsel Clyde M. Blackmon, stipulate that the status
18 conference regarding judgment and sentencing of Mr. Chiavola
19 currently scheduled for 10:00 a.m. on March 30, 2012, May be
20 continued to April 6, 2012, at 10:00 a.m.
21     Pursuant to his plea agreement Mr. Chiavola has testified
22 as a government witness in the trial of an alleged co-
23 conspirator in this case.  That trial is still in progress and,
24 therefore, the government has not been able to fully determine
25 its sentencing recommendation as to Mr. Chiavola.  For that
26 reason the parties have agreed that the status conference
27 scheduled for March 30, 2012, may be continued to April 6, 2012.
28

STIPULATION AND [PROPOSED] ORDER
CONCERNING STATUS CONFERENCE

The United States Probation Office has been notified and has agreed to the continuance of the status conference.

IT IS SO STIPULATED.

DATED: March 28, 2012         By: _//s// Russell L. Carlberg
                                   Russell L. Carlberg
                                   Assistant U.S. Attorney

DATED: March 28, 2012         By: _//s// Clyde M. Blackmon
                                   Clyde M. Blackmon
                                   Attorney for Defendant
                                   Christopher M. Chiavola

## ORDER

GOOD CAUSE APPEARING from the stipulation of the parties, the status conference regarding the imposition of judgment and sentence for Christopher M. Chiavola is hereby continued from March 30, 2012, to April 6, 2012, at 10:00 a.m.

**IT IS SO ORDERED.**

DATED: March 29, 2012

/s/ Edward J. Garcia
_____
Hon. Edward J. Garcia
United States District Court Judge